# EXHIBIT 9

Claim Charts: U.S. Patent Nos. D1,030,929 ("the D929 Patent")

| The D929 Patent - Claim | Accused Infringing Products |
|---|---|
| Spherical Toy Water Ball shown in figures of the D929 Patent, excluding portions shown in broken lines. | Defendant infringes the D929 Patent because Defendant's accused products have been advertised, imported, offered for sale, and sold in the United States. |
| D929, Figure 1 | SHR 2026 Product (Closed) |
| D929, Figure 2 | SHR 2026 Product (Open) |