# EXHIBIT 10

Claim Charts: D1,101,076 ("the D076 Patent")

| The D076 Patent - Claim | Accused Infringing Products |
|---|---|
| Toy Water Ball shown in figures of the D076 Patent, excluding portions shown in broken lines. | Defendant infringes the D076 Patent because Defendant's accused products have been advertised, imported, offered for sale, and sold in the United States. |
| D076, Figure 1 | SHR 2026 Product (Closed) |
| D076, Figure 2 | SHR 2026 Product (Open) |